# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PLAYER, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1 - 50,<br><br>   Defendants. | Case No. CV13-7412 JAK (JCG)<br><br>[HON. JOHN A. KRONSTADT]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE  JS-6**<br><br>*Complaint Filed:*  August 22, 2013 |

GOOD CAUSE APPEARING, it is hereby ordered that above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED:

Date:  March 3, 2014

_____
Hon. John A. Kronstadt
United States District Judge